| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Tjoflat, Gerald B. | 2. Court or Organization  11th Circuit Court of Appeals | 3. Date of Report  05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Article III - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address  300 North Hogan Street Suite 14-200 Jacksonville, Florida 32202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ _____ Date_____ _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of the Board and Member of the Executive Committee | North Florida Council Boy Scouts of America |
| 2. Board Member | Board of Overseers of the Searle Civil Justice Institute, Northwestern University School of Law |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 MAY 11 A 11:43 RECEIVED

Tjoflat, Gerald B.

| Name of Person Reporting | Date of Report |
|---|---|
| Tjoflat, Gerald B. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Pappas Metcalf Jenks and Miller (Law Firm) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Litigation Section | January 22-January 24 | Vail, CO | Panel Participant | Transportation, meals and lodging |
| 2. | American Conference Institute | January 26-January 28 | New York, NY | Panel Participant | Transportation, meals and lodging |
| 3. | American College of Bankruptcy Judges Reunion | February 6-February 7 | New Orleans, LA | Speaker at dinner | Transportation, meals and lodging |
| 4. | University of Chicago | April 7-April 8 | Champaign, IL | Moot Court | Transportation, meals and lodging |
| 5. | Northwestern University | April 28-April 29 | Chicago, IL | Searle Civil Justice Institute Board of Overseers Meeting | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Tjoflat, Gerald B. | 05/10/2010 |

| | | | | |
|---|---|---|---|---|
| 6. | American Conference Institute | May 12-13 | New York, NY | Panel Participant | Transportation, meals and lodging |
| 7. | ABA Appellate Practice Institute | May 28-May 31 | New York, NY | Panel Participant | Transportation, meals and lodging |
| 8. | Florida Bar | June 25 | Orlando, FL | Panel Participant | Transportation and meals |
| 9. | American Conference Institute | June 26-July 1 | San Francisco, CA | Panel Participant | Transportation, meals and lodging |
| 10. | Florida American Inns of Court | August 8 | Lake Buena Vista, FL | Key Note Speaker at Leadership Summit | Transportation and meals |
| 11. | Northwestern University | October 21-October 22 | Chicago, IL | Searle Civil Justice Institute Board of Overseers Meeting | Transportation, meals and lodging |
| 12. | George Washington University | November 19-November 21 | Washington, DC | Supreme Court Conference Panel Participant | Transportation, meals and lodging |
| 13. | American Conference Institute | December 8-December 10 | New York, NY | Panel Participant | Transportation, meals and lodging |
| 14. | FBA | December 10-December 11 | Honolulu, HI | Panel Participant | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Tjoflat, Gerald B. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tjoflat, Gerald B. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Davis New York Venture Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 2. Rogers, Towers, Bailey, Jones & Gay P.A. (401K) | A | Dividend | K | T | | | | | |
| 3. Alliance Berstein Global Technology (Mutual Fund) | A | Dividend | J | T | | | | | |
| 4. Columbia Marsico Focused Equities Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 5. Manulife Financial (401K) Pappas Metcalf Jenks & Miller | A | Dividend | N | T | | | | | |
| 6. Quaker Strategic Growth Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tjoflat, Gerald B. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544